John P. Kenney, Respondent, *v.* State of New York, Appellant. (Claim No. 27799.)

Leonard Diener, et al., Copartners Doing Business as The Long Eddy Chemical and Charcoal Company, Respondents, *v.* State of New York, Appellant. (Claim No. 27800.)

Argued October 20, 1948; decided November 24, 1948.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown* and *Ronald E. Coleman* of counsel), for appellant.

*James H. Glavin, Jr.,* and *William Deckelman* for respondents.

In each action judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.